[No. 479. Decided August 16, 1892.]

W. F. WHITTIER, *et al., Respondents* v. E. P. CADWELL, *Appellant.*

*Appeal from Superior Court, Kittitas County.*

*W. S. Smith,* and *Fred. W. Bausman,* for appellant.
*Whitson & Parker,* and *Reavis & Milroy,* for respondents.

*Per curiam.*—This is an action of equitable cognizance, and the record contains no statement of facts. For this reason the respondents move to dismiss the appeal. Under the uniform rulings of this court, we will not undertake to review the judgment in such cases in the absence of the facts upon which it was based, duly certified by the judge who tried the cause. The motion must prevail, and the appeal is, accordingly, dismissed.